MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/23/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JASON W. FRIEDMAN
Labor and Employment Law Division
Phone: (212) 788-1328
Fax: (212) 788-8877
E-mail: Jfriedma@law.nyc.gov

April 21, 2008

**By Hand**

Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

Re: Francisco v. Bd. of Educ.
08 CV 3723 (GEL)
Matter No. 2008-013912

RECEIVED APR 22 2008 CHAMBERS OF GERARD E. LYNCH U.S.D.J.

Dear Judge Lynch:

I am the Assistant Corporation Counsel assigned to defend the above referenced action alleging discrimination and retaliation under the Family Medical Leave Act. This action was originally commenced in the Supreme Court of the State of New York, New York County, and was removed to this Court on Friday, April 18, 2008. I write to respectfully request that defendant's time to respond to the complaint be extended from April 22 to June 6, 2008. This is defendant's first request for an extension of time to respond to the complaint. The plaintiff consents to this request. The extension is needed to enable defendant to obtain relevant documents, investigate the allegations in the complaint and to formulate an appropriate response to the complaint. ]*

Respectfully submitted,

*Jason Friedman* ByJF
Jason Friedman
Assistant Corporation Counsel
jfriedma@law.nyc.gov

cc: Stuart Lee Carlin, Esq.
Attorney for Plaintiff
9 Murray Street, Suite 4W
New York, New York 10007

**SO ORDERED**
*Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
4/23/08

MICROFILMED APR 2 5 2008 -3 00 PM